UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| THE CONTINENTAL CASUALTY COMPANY, as subrogee of RONALD SHOWALTER, MICHAEL GIOMBETTI, and W.F. KING,<br>    Plaintiff,<br><br>v.<br><br>WILLIAM C. HENCHY, NORTHSIDE MARINE AT SESUIT HARBOR, INC., JOSEPH S. BUSCONE, as Trustee of the Northside Marina Trust, and FAITH BUSCONE, as Trustee of the Northside Marina Trust<br>    Defendants. | DOCKET NO: 04-11872 WGY |

## CORPORATE DISCLOSURE STATEMENT

Continental Casualty Company (hereinafter "Continental Casualty") is an insurance company with a principal place of business in Chicago, Illinois. Continental Casualty's stock is not publicly traded. All of Continental Casualty's common stock is owned by CNA Financial Corporation, which has issued shares to the public. Loews Corporation owns the majority of the stock of CNA Financial Corporation and is publicly traded. No other corporation owns 10% of more of the stock of CNA Financial Corporation.

THE CONTINENTAL CASUALTY COMPANY, as subrogee of RONALD SHOWALTER, MICHAEL GIOMBETTI, and W.F. KING

By its Attorneys,

/s/ Philip M. Hirshberg
_____
Lauren Motola-Davis, Esquire
Philip M. Hirshberg, BBO #567234
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500