UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THE CONTINENTAL CASUALTY COMPANY, as subrogee of RONALD SHOWALTER, MICHAEL GIOMBETTI, and W.F. KING,<br>　　Plaintiff,<br><br>v.<br><br>WILLIAM C. HENCHY, NORTHSIDE MARINE AT SESUIT HARBOR, INC., JOSEPH S. BUSCONE, as Trustee of the Northside Marina Trust, and FAITH BUSCONE, as Trustee of the Northside Marina Trust<br>　　Defendants. | DOCKET NO: 04-11872 WGY |

## NOTICE OF VOLUNTARY DISMISSAL
### AS TO CLAIMS AGAINST WILLIAM C. HENCHY, ONLY

Now comes the Plaintiff, The Continental Casualty Company, as subrogee of Ronald Showalter, Michael Giombetti and W.F. King, and pursuant to Fed. R. Civ. P. 41(a)(1)(i), and hereby provides notice of the voluntary dismissal, without prejudice, of its claims against defendant William C. Henchy, **only**.

　　　　　　　　　　　　　　Plaintiff,
　　　　　　　　　　　　　　The Continental Casualty Company,
　　　　　　　　　　　　　　as subrogee of Ronald Showalter, Michael Giombetti
　　　　　　　　　　　　　　and W.F. King
　　　　　　　　　　　　　　By its Attorneys,

　　　　　　　　　　　　　　/s/ Philip M. Hirshberg
　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　Lauren Motola-Davis, Esquire
　　　　　　　　　　　　　　Philip M. Hirshberg, BBO #567234
　　　　　　　　　　　　　　MORRISON MAHONEY LLP
　　　　　　　　　　　　　　250 Summer Street
　　　　　　　　　　　　　　Boston, MA 02210-1181
　　　　　　　　　　　　　　(617) 439-7500

## CERTIFICATE OF SERVICE

     I hereby certify that on October 1, 2004 I served a copy of the within document upon the following counsel by First Class Mail, postage prepaid:

| | |
|---|---|
| Patricia A. Lang, Esquire | Bertram E. Snyder, Esquire |
| Lawson & Weitzen, LLP | Looney & Grossman |
| 88 Black Falcon Avenue, Suite 345 | 101 Arch Street, 9th Floor |
| Boston, MA  02210-2414 | Boston, MA  02110-1112 |

                           /s/ Philip M. Hirshberg
                           _____
                           Philip M. Hirshberg