AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

| | |
|---|---|
| The Continental Casualty Company, as subrogee of Ronald Showalter, Michael Giombetti, and W.F. King<br><br>V.<br><br>William C. Henchy, Northside Marina at Sesuit Harbor, Inc., Joseph S. Buscone, as Trustee of the Northside Marina Trust, and Faith Buscone, as Trustee of the Northside Marina Trust | **SUMMONS IN A CIVIL ACTION**<br><br>CASE NUMBER:<br><br>04 11872 WGY |

TO: (Name and address of Defendant)

Joseph S. Buscone, Trustee
Northside Marina Trust
34 Schooner Road
Dennis, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Philip M. Hirshberg, Esquire
MORRISON MAHONEY LLP
250 Summer Street
Boston, MA  02210-1181
(617) 439-7500

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK                                                   DATE   9/27/04

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| | DATE |



**Barnstable County Sheriff's Office**

I hereby certify and return, that on **September 22, 2004 at 9:30am** I Served a true and attested copy of the within, Summons, Complaint, Civil Cover Sheet, Category Sheet & Corporate Disclosure Statement, for the within named, **Joseph S. Buscone, & Northside Marina Trust.,** In-Hand to Joseph S. Buscone, ( agent in charge) at 357 Sesuit Neck Road East Dennis, MA. 02641.

Fee: $41.40

Ron Chevalier, Deputy Sheriff
PO Box 1244 Centerville, MA 02632

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                    Date                              Signature of Server

_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.