UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

In the Matter of the Complaint of
ROBERT L. STANTON as Owner of
the Vessel "Misty Lady" for Exoneration        CIVIL ACTION NO. 02-10408
from or Limitation of Liability


THE CONTINENTAL CASUALTY CO.
          Plaintiff(s)

          v.                                   CIVIL ACTION NO. 04-11872


NORTHSIDE MARINA AT SESUIT HARBOR, INC., et al.
          Defendant(s)


**JUDGMENT IN A CIVIL CASE**

     O'TOOLE     , D.J.


☐  **Jury Verdict.**  This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by the Court**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

     In accordance with the Court's Memorandum and Order dated August 18, 2005 granting the motions for summary judgment filed by William Henchy (Docket No. 93), Robert L. Stanton (Docket No. 99), Northside Marina at Sesuit Harbor, Inc. (Docket No. 104), and Joseph and Faith Buscone (Docket No. 106) in the above-entitled consolidated admiralty action:

     (1) Judgment is entered in favor of Robert L. Stanton and he is exonerated from liability for any loss or damage arising out of the fire on his vessel, MISTY LADY, on August 30, 2001 at the Northside Marina at Sesuit Harbor in East Dennis, Massachusetts;

     (2) Judgment is entered in favor of William Henchy on all of the claims asserted against him in this consolidated action; and

     (3) Judgment is entered in favor of Northside Marina at Sesuit Harbor, Inc. and Joseph and Faith Buscone on all of the claims asserted against them in this consolidated action.

                                        SARAH A. THORNTON,
                                        CLERK OF COURT

Dated: August 23, 2005                  By   Paul S. Lyness
                                        Deputy Clerk